AO 442 (Rev. 11/11) Arrest Warrant

UNITED STATES DISTRICT COURT
FILED
AUG 9 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# United States District Court

**for the**
**Western District of New York**

**United States of America**

v.

**NIKITA ANDREEVICH SKLYUEV**
**a/k/a Valeriy Dorojkin**

*Defendant*

**Case No. 21-CR-** 21 CR 82

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **NIKITA ANDREEVICH SKLYUEV a/k/a Valeriy Dorojkin**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 1343 and 1029(a)(2)

Date: MAY 20 2021

Mary C. Loewenguth
*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

**Return**

This warrant was received on *(date)* 5/20/2021, and the person was arrested on *(date)* 6/26/2024, at *(city and state)* Buffalo, NY.

Date: 6/26/2024

Executing ~~Arresting~~ *officer's signature*

David Starke, Inv. Analyst
*Printed name and title*